IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD BARNHART, | ) | |
| Plaintiff, | ) | 4:05CV3209 |
| v. | ) | |
| AUTO CLUB GROUP *formerly known as* CORNHUSKER MOTOR CLUB d/b/a AAA Nebraska and AUTO CLUB AAA of MICHIGAN, | ) | ORDER |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by September 15, 2005, file their Report of Parties' Planning Conference.

DATED  August 26, 2005

/s/ David L. Piester
United States Magistrate Judge