IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD BARNHART, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3209 |
| | ) | |
| v. | ) | |
| | ) | |
| THE AUTO CLUB GROUP and | ) | ORDER |
| THE AUTO CLUB AAA OF | ) | |
| MICHIGAN, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion to extend deadline, filing 6, is granted. The deadline for filing the parties' Rule 26(f) planning conference report is extended to December 27, 2005.

DATED this 19th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge